**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| WAYNE DELOATCH | : | No. 117 EAL 2020 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| WORKERS' COMPENSATION APPEAL | : | |
| BOARD (CITY OF PHILADELPHIA) | : | |
| | : | |
| | : | |
| PETITION OF: CITY OF PHILADELPHIA | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of August, 2020, the Petition for Allowance of Appeal is **DENIED**.